IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00995-RPM

KELSON PHYSICIAN PARTNERS, INC., a Delaware corporation,

        Plaintiff,

v.

JEFFREY H. WINOKUR, an individual, and
ATLANTIC HEALTH PARTNERS, LLC, a Delaware limited liability company,

        Defendants.
_____

ORDER TO RESPOND TO DEFENDANTS' MOTIONS UNDER FED.R.CIV.P. 12(b)(2) and 12(b)(3)
_____

        On June 9, 2008, the defendants filed a Combined Rule 12(b)(1)-(3) Motion to Dismiss, Motion to Transfer Venue, and Rule 12(b)(6) Motion to Dismiss. The defendants have with that filing raised substantial doubt that this court has personal jurisdiction over the non-resident defendants and a strong showing that venue for this case based on diversity jurisdiction is not proper under 28 U.S.C. § 1391(a)(2). Because the defendants' motions challenging personal jurisdiction and venue may result in dismissal of this civil action, the other motions filed by the plaintiff and defendants for leave to take expedited discovery are denied. It is

        ORDERED that the plaintiff on or before June 30, 2008, will respond to the defendants' motions to dismiss under Rules 12(b)(2) and 12(b)(3) and the respective motions for expedited discovery are denied.

        DATED: June 10th, 2008

                              BY THE COURT:
                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior Judge